**Order entered September 12, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00798-CV

### MONEYGRAM INTERNATIONAL, INC., Appellant

### V.

### DEMETRI THEOFANOPOULOS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13957**

## ORDER

On August 28, 2018, Michael Hurst, David Coale, and Chisara Ezie-Boncoeur of Lynn Pinker Cox & Hurst, LLP ("Attorneys") filed a motion to withdraw as appellee's counsel. In the motion, the Attorneys state that they sent a copy of the motion to appellee by United States Postal Service Priority Mail to his last known address, and, because appellee is a resident of Greece, by e-mail. Copies of the e-mail and the United States Postal Service Customs Declarations forms were attached to the motion. The Attorneys state that appellee was notified in writing of the motion and his right to object to it. TEX. R. APP. P. 6.5(a)(2), (3), (4). The Attorneys also state that there are no pending settings and deadlines in the case. TEX. R. APP. P. 6.5(a)(1). To date, appellee has not responded to the Attorneys' motion or advised the Court that he has obtained substitute counsel. TEX. R. APP. P. 6.5(a)(4), (d).

Accordingly, we **GRANT** the Attorneys' motion. Subject to Michael Hurst, David Coale, and Chisara Ezie-Boncoeur of Lynn Pinker Cox & Hurst, LLP complying with Texas Rule of Appellate Procedure 6.5(c), we **DIRECT** the Clerk of this Court to remove Michael Hurst, David Coale, and Chisara Ezie-Boncoeur of Lynn Pinker Cox & Hurst, LLP as counsel for appellee. We further **DIRECT** the Clerk of this Court to send any further notices to appellee at his last known mailing and e-mail addresses: c/o Money link S.A., 56 Panepistimiou Street 106 78, Athens, Greece; theofanopoulos@moneylink.gr.

/s/    ELIZABETH LANG-MIERS
        JUSTICE